UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:12-cr-00012 TWP-MJD |
| | ) | |
| GREGORY WHITFIELD, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Denise K. LaRue's Report and Recommendation that Gregory Whitfield's supervised release be modified instead of revoked, pursuant to Title 18 U.S.C. §3401(I), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court as follows:

Mr. Whitfield's supervised release is modified as follows:

    1. Mr. Whitfield's supervised release conditions be modified to include him residing at a community corrections center, preferably, the Volunteers of America, Indianapolis, Indiana, for a period of six months in accordance with the rules and regulations as set by the U. S. Parole and Probation Office for the Southern District of Indiana.

    2. Mr. Whitfield shall continue to participate in drug treatment and counseling programs.

IT SO ORDERED this day: 06/05/2012 _____.

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Brant Cook,
Assistant U. S. Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204

Larry Champion,
251 E. Ohio Street, #200
Indianapolis,   IN 46204

U. S. Parole and Probation

U. S. Marshal