UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | Cause No. 1:12-cr-0012 TWP-MJD |
| ) | |
| GREGORY WHITFIELD,  ) | |
| ) | |
| Defendant.  ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that Gregory Whitfield's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 11 months in the custody of the Attorney General. It is recommended that Mr. Whitfield be designated to a Federal Medical Center for Prisoners due to the fact he is currently on disability, that he is currently suffering from a combination of arthritis, kidney issues aggravated by an enlarged prostate, and he asserts he has bipolar mental health issues. Upon Mr. Whitfield's release from confinement, he will not be subject to supervised release.

SO ORDERED this day: 09/17/2012 _____

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Brant Cook,
UNITED STATES ATTORNEY'S OFFICE
brant.cook@usdoj.gov

William Dazey,
INDIANA FEDERAL COMMUNITY DEFENDERS
bill.dazey@fd.org

United States Probation Office